**Kay A. MARTIN, Plaintiff–Below, Appellant,**

v.

DOCTORS FOR EMERGENCY SER-VICES, P.A., and Christiana Care Health Services, Inc., Defendants–Below, Appellees.

No. 312, 2015

Supreme Court of Delaware.

Submitted: April 27, 2016
Decided: April 29, 2016
Reargument Denied May 5, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N12C–06–187

AFFIRMED.